NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
Kimberly M. Frayn
Jared L. Grimmer
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6336
Kimberly.frayn@usodj.gov
Jared.l.grimmer@usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00266-APG-NJK |
| Plaintiff, | |
| v. | Motion to Unseal Case |
| WIL ALFREDO MUNDO-RAMIREZ, | |
| Defendant. | |

The United States of America, by and through its attorneys, Nicholas Trutanich, United States Attorney, and Kimberly M. Frayn, and Jared L. Grimmer, Assistant United States Attorneys, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about July 10, 2020, a Complaint was filed with the Court, charging Wil Alfredo Mundo-Ramirez with violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. *See* ECF No. 1, 2:20-mj-00571-BNW.

2.      Mr. Mundo-Ramirez made an initial appearance before the Court, and was ordered detained pending a preliminary hearing, which is presently set for January 27, 2021. He remains detained by the U.S. Marshal Service.

3.      Mr. Mundo-Ramirez has signed a plea agreement with the United States, and this Court has set a change of plea hearing for December 2 17, 2020. This case was initially sealed before the Magistrate Court prior to the defendant's initial appearance, and was again sealed when set before this Court. However, the defendant is detained, and is aware of the charges, having agreed to plead guilty to them. It is therefore no longer required that this matter be designated as sealed.

4.   Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is no longer necessary.

**DATED** this 24th day of November, 2020.

NICHOLAS A. TRUTANICH
United States Attorney


*//s//Kimberly M. Frayn*

_____

KIMBERLY M. FRAYN
JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00266-APG-NJK |
| Plaintiff, | Order Unsealing Case |
| v. | (Proposed) |
| WIL ALFREDO MUNDO-RAMIREZ, | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Wil Alfredo Mundo-Ramirez,* is unsealed.

**DATED** this 25th day of November, 2020.

By the Court:

_____
United States Magistrate Judge